AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 10, 2023

SEAN F. McAVOY, CLERK

DEBORAH G.,

    *Plaintiff*

    v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    *Defendant*

)
)
)
)
)
)

Civil Action No.   2:23-cr-66-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

❑  other:   The parties' Stipulated Motion for Remand, ECF No. 17, is GRANTED.
This matter is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered for Plaintiff.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Edward F. Shea          on a stipulated motion for remand.

Date:  8/10/2023 _____

           *CLERK OF COURT*

           SEAN F. McAVOY _____

           s/ Nicole Cruz _____

           *(By) Deputy Clerk*

           Nicole Cruz _____